UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------
AUBREY ABBENSETTS,

                    Plaintiff,

                                                    **ORDER**

         v.
                                                    CV 10-2128 (JG)

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-------------------------------------
**JOHN GLEESON, U.S.D.J.**

Schedule:

•    The administrative record shall be filed by   8/16/2010  .

•    The Commissioner's Motion for Judgment on the Pleadings shall be
     filed by 8/23/2010   .

•    Opposition to Motion (and any Cross-Motion) to be filed on or
     before    9/13/2010   .

•    Motion(s) for Judgment on the Pleadings
     to be **argued on**   9/24/2010 at 11:00 AM   .

Plaintiff filed the complaint on 5/6/2010   .  The parties

are directed to adhere to the following policies, which the Eastern

District of New York's Board of Judges has adopted for expediting the

disposition of Social Security cases.

1.  Defendant shall proceed promptly to obtain the administrative

     record of the proceedings below, and shall file by the date set

     forth above, unless an extension is granted by order of the Court

     for good cause.  If defendant is unable to file the record by

     that date, then the Court should be notified in writing by that

     date.  Such  notification  should  include  a  request  for  an

     extension, which specifies a date and demonstrates the good cause

     for the extension, including the date the administrative record

was requested, whether or not it has been received, and the most recent efforts made to obtain it.

2. Oral argument may not be waived. Requests for adjournments of hearing dates shall not be routinely granted.

3. The plaintiff is granted leave to proceed without being required to prepay fees or costs, or give security therefore.

4. The Clerk is directed to forward to the United States Marshal's Office for the Eastern District of New York copies of plaintiff's summons and complaint. The Marshal is directed to serve the summons and complaint upon the defendants without prepayment of fees.

SO ORDERED.

/Signed by Judge Gleeson/

JOHN GLEESON, U.S.D.J.

DATED: Brooklyn, New York
       May 17, 2010